IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | : | Civ. No. 1:25-CV-446 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **TRACEY CHANCE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW this 12th day of May 2025, for the reasons set forth in the accompanying Memorandum Opinion IT IS ORDERED that the plaintiffs' motion for summary judgment, (Doc. 2), is DENIED without prejudice to renewal at the close of discovery.

<u>S/Martin C. Carlson</u>
MARTIN C. CARLSON
United States Magistrate Judge
