IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM EDGAR LEWIS, et al., : | Civ. No. 1:25-CV-446 |
| Plaintiffs, : | |
| v. : | |
| : | (Magistrate Judge Carlson) |
| TRACEY CHANCE, et al., : | |
| Defendants. : | |

## ORDER

AND NOW this 19th day of May 20205, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiffs' motion for a preliminary injunction (Doc. 71) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
