IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM EDGAR LEWIS, et al., : | Civ. No. 1:25-CV-446 |
| Plaintiffs, : | |
| v. : | |
| : | (Magistrate Judge Carlson) |
| TRACEY CHANCE, et al., : | |
| Defendants. : | |

# ORDER

AND NOW this 10th day of June 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiffs' motion for sanctions, which seeks to enjoin state court proceedings, (Doc. 120) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge