IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | : | Civ. No. 1:25-CV-446 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **TRACEY CHANCE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 1st day of July 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendants' motion to dismiss, (Doc. 92) is GRANTED and the following defendants are DISMISSED: Suzanne H. Griest, Nautica D. Chance, and MPL Law Firm LLP.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge