IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | Civ. No. 1:25-CV-446 |
| **Plaintiffs,** | |
| v. | |
| | (Magistrate Judge Carlson) |
| **TRACEY CHANCE, et al.,** | |
| **Defendants.** | |

# ORDER

AND NOW this 21st day of July 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that plaintiffs' motions for entry of default judgment, (Docs. 139, 141), are DENIED, the complaint IS DISMISSED as to all parties, and the clerk is DIRECTED to CLOSE this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge